DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUNITA SAWYER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2555

[September 18, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 21-010364CF10A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Cooper v. State*, 919 So. 2d 516, 519 (Fla. 1st DCA 2005) (observing that rule 3.800(b) provides only "an alternative method of preserving for review an alleged sentencing error" and "was designed for use only in a direct appeal from the sentence at issue"); *see also* Fla. R. Crim. P. 3.800(b)(2) ("*If an appeal is pending*, a defendant . . . may file in the trial court a motion to correct a sentencing error." (emphasis added)).

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***